It was the first day of school my freshman year of high school in 1988-89; in the city of Barberton, Ohio at Barberton High School.

Walking up to the school everything around me seemed as if this was about to be the beginning of a Merit Role students outstanding future towards manhood and maturity.

Being approached by the mobbed crowd standing outside the school chanting and yelling; at what I could not see anything silly to mustard but the fact that the students did not want to be there on this sudden day of bravery, and marksmanship. I had several scholarships riding upon my academic sight manhood unto respects and outstanding manship, one for academics. One for band. One for football. And one for baseball, and soccer. I was suppose to go up to Bera, Ohio to participate in the Summer Youth league(s) football Camp at the Cleveland Browns practice stadium for which I received a special invitation by the Browns Starting Tailback Kevin Mack, whom came to barberton Varsity Teen Youth Center Club to invite the O.N.E. the team had seen looking at his future from and inside of the state of Ohio. My band teacher Mr. Shavazeo had informed me at the beginning of the school year coming from U.L. lights band class that he was about to submit my scholarship application(s) unto schools like Purdue, Pitt, and penn State for I was an outstanding and talented musical student when it came unto being inside of a classroom. I was looking also unto becoming the first youth in NFL history unto being drafted straight out of high school but since the rules were that a child had to first enter college for at least one year, but looking at two first, the Commission was going to argue the ruling of letting NFL players come straight from high school if the team seen something in the player(s) that others did not.

"The Chains had been placed on the door(s) and we had to hurry up to first period without being late or tardy!"

Doors serve as a variety of needs and purposes in schools.

*Exterior doors provide building security and protection from the elements, (pg.1).

 *Interior doors control the movement of people among school spaces, help control noise and air flow, and act as flame and smoke barriers during a fire. "In a lockdown, they serve as safety barriers", (pg.2).

From  a security perspective, the most important function of a door is to "control entry", (pg.4).

From the standpoint of fire safety however a door's "exit function" is the ruling factor, one that is highly regulated by building and fire codes that classify doors a s part of a buildings "means of egress", (pg.5).

"When I asked the substitute teacher to excuse myself for a second and go use the restroom; when I opened the door it was com[pletely black in the hallways, and it seemed as if there was no oxygen in the hallways or circulating through the building". So I immediately closed the door for wheat I had seen as warmth; happiness; and comfort, had now become a living nightmare amongst honor and survival. I went straight into the window and opened it up so that the classroom could get some fresh air flow circulating back unto the hot, densed, and moistened classroom that had now seemed as if it was lifeless and motionless. So I went to the window and sat out on the window ledge, and the students started yelling at me to jump! When I jumped, I could see the windows opening up, and the other students feeling the same way as I did about life; dreams; and the pursuits of liberation. When I landed on my feet I looked at the clamping and cheering, and then all of a sudden I just fell backwards into the window hole of the high school that outlined its landscaping. For a minute I just sat there, and look at everything around me; then I attempted to get up out of the hole, for which when I got up my back just snapped. Now I'm left with scoliosis of the spinal cord behind this. And I had two broken collarbones which now prevents me from going back to school to play football. Or being able to sit up straight for long enough to read my trumpet music book.

In occupied buildings, egress doors can prevent entry but they can never prevent exit, (pg.7).

International Building Code (IBC), 2006 edition, and the International Fire Code (IFC), 2006 Edition:3

*Section 1008.1.8. Egress doors shall be readily openable from the egress side without the use of a key or special knowledge of effort.

National Fire Protection Associations Life Safety Code (NFPA 101), 2006 edition:4

*Section 7.2.1.5.1. Doors shall be arranged to open readily from the egress side whenever the building is occupied.

Exterior Doors: 'There are many stories about school staff illegally chaining exit doors shut to keep out strangers and contraband. As dangerous as this practice is, one can empathize with school administrators trying to balance;dance competing concerns'.

Summary:

*Any means used prevent exiting through a doorson the egress path when the school is occupied is unsafe and strictly illegal.

Resources;

The US Department of Education, Office of Safe and Drug-Free Schools c. 2009, National

Institute of Building Sciences.